IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02951-BNB

RANDY PERRIAN,
     Plaintiff,

v.

SCF SERGEANT BUSTER COONS,
SCF SERGEANT ROBERT BROWN,
LARRY GRAHAM,
TOM CLEMENTS,
JOHN CHAPDELAINE,
SCF MAJOR TIM USRY,
SCF LIEUTENANT ALLEN HARMS,
SCF COPD BOARD MEMBER KIM WOOD,
SCF COPD BOARD MEMBER JIM LUECK,
SCF LIEUTENANT H. J. HENDERSON, and
UNKNOWN SCF ADMINISTRATIVE HEAD,
     all in their official and individual capacities,
     Defendants.

_____

ORDER DRAWING CASE

_____

IT IS ORDERED that this case shall be drawn to a presiding judge and, if

appropriate, to a magistrate judge.  *See* D.C.COLO.LCivR 40.1(a).

DATED March 5, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge