IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02951-KLM-MEH

RANDY PERRIAN,

    Plaintiff,

v.

SCF LIEUTENANT H.J. HENDERSON, in his individual capacity,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File an Amended Complaint** [#40][1] (the "Motion"). Defendant does not oppose the Motion. *Response* [#46] at 1. Accordingly, the Court finds that the Motion should be granted pursuant to Fed. R. Civ. P. 15(a)(2) because Plaintiff has "the opposing party's written consent."

    IT IS HEREBY **ORDERED** that the Motion [#40] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of Court shall accept Plaintiff's Second Amended Complaint [#40-1] for filing as of the date of this Minute Order.

    Dated: August 13, 2015

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.