IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02951-KLM-MEH

RANDY PERRIAN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

___

**MINUTE ORDER**
___

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss** [#66][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#66] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED with prejudice**, with each party bearing its own costs and attorneys' fees.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall close this case.

    Dated: December 8, 2015

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.