**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-02951-KLM-MEH

RANDY PERRIAN,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

      Defendant.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Minute Order of Magistrate Judge Kristen L. Mix entered on December 8, 2015 it is

      ORDERED that, Defendant's motion to dismiss filed 12/07/2015, [66], is granted. It is

      FURTHER ORDERED that, final judgment enter in favor of Defendant Colorado Department of Corrections and against Plaintiff Randy Perrian.  It is

      FURTHER ORDERED that, Plaintiff's claims against Defendant are **DISMISSED with prejudice**, with each party bearing its own costs and attorneys' fees each party pay his or its own fees and costs.

      Dated at Denver, Colorado this 9th day of December, 2015.

                            FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

By:  s/  S. Libid

S. Libid
Deputy Clerk